IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**FRANKLIN LONG, JR.,**

       **Plaintiff,**

v.                                                   **CIVIL ACTION NO.: 1:23-cv-00301**
                                                     **HONORABLE DAVID A. FABER**

**CITY OF PRINCETON, WEST VIRGINIA, TIM GRAY, in his individual and official capacities as Police Chief for the City of Princeton, West Virginia, Police Department; and KENNETH CLAY, in his individual and official capacities as City Clerk for the City of Princeton, West Virginia,**

       **Defendants.**

## AGREED DISMISSAL ORDER

NOW COMES the Plaintiff, Franklin Long, Jr., by and through counsel, Paul W. Roop, II, David J. Markese and Frederick H. Nelson, and the Defendants, City of Princeton, West Virginia, Tim Gray, and Kenneth Clay, by and through counsel, Jared C. Underwood and the law firm of Pullin, Fowler, Flanagan, Brown, and Poe, PLLC, and hereby represent to the Court that all matters in controversy between these parties have been resolved and that these parties jointly move the Court to dismiss this matter with prejudice.

The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that this action is dismissed, *with prejudice*, with these parties to bear their own costs and attorneys' fees. As this resolves all remaining matters, this matter is hereby ordered to be removed from the active docket of this Court.

The Clerk of this Court is directed to send copies of this Order to counsel of record as listed below.

ENTERED this __28th__ day of July, 2025.

                                                                      **HONORABLE DAVID A. FABER**

Prepared by:

***/s/ Jared C. Underwood***
Jared C. Underwood (WVSB # 12141)
Pullin, Fowler, Flanagan, Brown, & Poe, PLLC
252 George Street
Beckley, WV 25801
*Counsel for Defendants*

Agreed To By:

***/s/ Paul W. Roop, II (with permission)*** 
Paul W. Roop, II, Esquire
Roop Law Office, L.C.
115 Morning Star Lane
Beckley, WV 25801
*Counsel for Plaintiff*

***/s/ Frederick H. Nelson (with permission)***
David J. Markese, Esquire
Frederick H. Nelson, Esquire
American Liberties Institute
PO Box 547503
Orlando, FL 32854
*Counsel for Plaintiff*